Order issued December 13, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01461-CV

## IN RE PROSPER STORAGE, GP, INC., PROSPER STORAGE, LP, MEHRDAD GHANI, MG INTERNATIONAL MENSWEAR, INC., NO. 2, AND NAZNAT, LP, Relators

Original Proceeding from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-12-01261-C

# O R D E R

Before Justices Moseley, FitzGerald, and Myers

Based on the Court's opinion of this date, we **DENY** relators' petition for writ of mandamus.

We **ORDER** that relators bear the costs of this original proceeding.

KERRY P. FITZGERALD
JUSTICE